## Commonwealth, Appellant, *v.* Cohen.

Argued December 6, 1971. *Paul W. Tressler,* Assistant District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Jay S. Gottlieb,* with him *Harry Aaron Rubin* and *Allan Jaffee,* for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.

## Commonwealth *v.* Collins, Appellant.

Submitted December 6, 1971. *Robert Collins,* appellant, in propria persona; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.